**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   MICROSOFT CORPORATION,                    No.  CV 13-03678 SI

9            Plaintiff,                       **ORDER**

10    v.

11  PACIFIC SUNSET TECHNOLOGY GROUP
    INC,
12
             Defendant.
13  _____/

14

15  GOOD CAUSE APPEARING THEREFOR,

16         IT IS ORDERED that this case is reassigned to the **Honorable Edward J. Davila** in the **San**

17  **Jose division** for all further proceedings. Counsel are instructed that all future filings shall bear the

18  **initials EJD** immediately after the case number. All hearing dates presently scheduled are vacated

19  and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

20  Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge

21  has already issued a report and recommendation shall not be rebriefed or noticed for hearing before

22  the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

23

24                                           FOR THE EXECUTIVE COMMITTEE:

25
    Dated:  September 5, 2013
26
    rev 4-12                                 Richard W. Wieking
27                                           Clerk of Court

28